**No. 39178.**—Protests 930896–G, etc., of Kraft Associated Distbrs. et al. (Los Angeles).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 38185 the protests were sustained.

**No. 39179.**—Protests 839803–G/86230, etc., of R. Gerber & Co. et al (Chicago).

Opinion by KEEFE, J. On the authority of *Locatelli* v. *United States* (T. D. 48284) the protests were sustained.

**No. 39180.**—Protest 926967–G/of Frank P. Dow Co. (San Francisco).

Opinion by KEEFE, J. The plaintiff failed to establish the claim made. The protest was therefore overruled.

**No. 39181.**—Protest 893309–G of Walker, Goulard, Plehn Co., Inc. (New York).

Opinion by KEEFE, J. It was held that duty should have been assessed on the actual net landed weight and the protest was accordingly sustained.

**No. 39182.**—Protest 935080–G of Harry P. Robarts (New York).

Opinion by KEEFE, J. On the record presented the protest was overruled.

JULY 28, 1938

**No. 39183.**—————Protest 820745–G (c) of Standard Food Products Corp. Abstract 38743. Application by plaintiff for rehearing granted.

AUGUST 4, 1938

**No. 39184.**—————Protest 658362–G of Gerhard & Hey Co., Inc. T. D. 49541. Application by plaintiff for rehearing denied.

AUGUST 1, 1938

**No. 39185.**—SUIT 4080.—————*Hiram Walker & Sons, Inc.* T. D. 48780 affirmed.